FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2020

No. 04-20-00488-CV

**SHENANDOAH CHURCH OF CHRIST**,
Appellant

v.

Gabriel **RODRIGUEZ**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-10952
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

A copy of appellant's notice of appeal was filed in this court on October 1, 2020. When the notice of appeal was filed, this court notified appellant in writing that:

(1) the filing fee in the amount of $205.00 had not been paid;
(2) the docketing statement for this appeal had not been filed; and
(3) the certificate of service attached to the notice of appeal did not certify that any court reporter was served in accordance with section 51.017(a) of the Texas Civil Practice and Remedies Code.

The clerk instructed appellant to remit the filing fee, file a docketing statement, and file an amended notice of appeal certifying proper service on the responsible court reporter by October 12, 2020. At this time, the filing fee has not been paid and neither a docketing statement nor amended notice of appeal has been filed.

We therefore **ORDER** appellant to show cause in writing, **by November 2, 2020**, that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c).

We further **ORDER** appellant to file a docketing statement **by November 2, 2020.**

We further **ORDER** appellant, **by November 2, 2020**, to file either: (1) an amended notice of appeal in compliance with section 51.017(a) of the Texas Civil Practice and Remedies Code; or (2) a response stating that appellant will pursue this appeal without a reporter's record.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court